UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          CASE NO. 09-75931-MHM

John Malcolm McRae,                 CHAPTER 13
a/k/a John M. McRae,

       Debtor.

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Sherwin P. Robin & Associates, P.C., Post Office Box 9541, Savannah, Georgia 31412-9541, is counsel of record herein for MTC 1, Inc., and on behalf of said Creditor, hereby requests receipt of all notices to parties in interest herein.

                                                         Respectfully submitted,

                                                         /s/ Sherwin P. Robin
                                                         _____
                                                         Sherwin P. Robin
                                                         Georgia Bar No. 609875

Sherwin P. Robin & Associates, P.C.
P.O. Box 9541
Savannah, Georgia 31412-9541
(912) 236-9271
09-01492-0
ENT